# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolfson, Freda L. | United States District Court for the District of New Jersey | 05/08/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III District Judge, Active, Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Douglas Residential College Dean's Advisory Board, Member (non-compensated) | Douglas Residential College |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolfson, Freda L. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | State of New Jersey Judiciary - salary |
| 2. 2016 | Schwartz, Simon, Edelstein & Celson, LLC - Partnership payment |
| 3. 2016 | Martin, Kane & Kuper LLC - Referral fee from Certified Trial Attorney |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Jack and Sheryl Morris through Jags Leasing LLC | 4/29/2016, 5/1/2016, 12/16/2016 | New Jersey to Boca Raton, FL, Boca Raton FL to New Jersey | Personal vacation | Transportation |
| 2. | Jack and Sheryl Morris through JSM at Falcon LLC | 1/21/2016, 1/31/2016 | New Jersey to Boca Raton, FL | Personal vacation | Transportation |
| 3. | Jack and Sheryl Morris through JSM at Falcon LLC and JSM at Stelton LLC | 2/11/2016 - 2/16/2016 | New Jersey to Nassau, Bahamas and back to New Jersey | Personal vacation | Transportation, lodging and meals |
| 4. | Jack and Sheryl Morris through JSM at Stelton LLC | 7/21/2016 - 7/25/2016, 9/23/2016 - 9/26/2016 | Sag Harbor, New York | Personal Vacation | Transportation, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolfson, Freda L. | 05/08/2017 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolfson, Freda L. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolfson, Freda L. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 2. Charles Schwab & Co., Inc. Custodial IRA | | | | | | | | | |
| 3. - Blackrock Strat Incm Potty Port Instl: BSIIX | A | Dividend | K | T | Buy | 08/29/16 | K | | |
| 4. - Goldman Sachs Strategic Incm Fd Inst: GSZIX | A | Dividend | K | T | Buy | 08/29/16 | K | | |
| 5. - IShares Russell Mid Cap: IWP | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 6. - IShares S&P 500 Growth: IVW | A | Dividend | L | T | Buy | 08/29/16 | L | | |
| 7. - IShares Tips Bond ETF: TIP | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 8. - Powershares Emerg. Mkts: PCY | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 9. - SPDR Barclays High Yield: JNK | A | Dividend | K | T | Buy | 08/29/16 | K | | |
| 10. - Vanguard FTSE Developed: VEA | A | Dividend | L | T | Buy | 08/29/16 | L | | |
| 11. - Vanguard High Dividend: VYM | B | Dividend | L | T | Buy | 08/29/16 | L | | |
| 12. - Vanguard Short-Term Bond: BSV | A | Dividend | K | T | Buy | 08/29/16 | K | | |
| 13. - Vanguard Small Cap: VBK | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 14. - Wisdomtree Emrg Mrkt HG: DEM | A | Dividend | K | T | Buy | 08/29/16 | K | | |
| 15. - Wisdomtree Midcap: DON | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 16. - Wisdomtree Smallcap: DES | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wolfson, Freda L. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wolfson, Freda L. | 05/08/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Freda L. Wolfson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544